**Julie Ann DOMOTOR, Plaintiff–Appellant,**

v.

**Judge Richard I. WENNET, William Jacob Steinbach, III, Carey Haughwout, James H. Mahoney, Defendants–Appellees,**

**Palm Beach County Sheriff's Office, Defendant.**

No. 09–13873
Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

Dec. 11, 2009.

Julie Ann Domotor, Glendale, AZ, pro se.

Charles Melvin Fahlbusch, Office of the Attorney General, Ft. Lauderdale, FL, for Defendants–Appellees.

William Jacob Steinbach, III, Cedar Springs, MI, pro se.

Before TJOFLAT, BLACK and PRYOR, Circuit Judges.

PER CURIAM:

The district court dismissed without prejudice, pursuant to *Heck v. Humphrey*, 512 U.S. 477, 114 S.Ct. 2364, 129 L.Ed.2d 383 (1994), appellant's claims for false arrest and false imprisonment, and for conspiracy to commit those offenses, because those claims, if successful, would have negated appellant's underlying criminal convictions. She now appeals the dismissal. We affirm. As the district court properly explained in its June 30, 2009, 630 F.Supp.2d 1368, order of dismissal, so long as those convictions remain undisturbed, *Heck v. Humphrey* bars appellant's claims.

**AFFIRMED.**